### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

**v.**                                                                       **Case No.  8:07-cv-1279-T-30TGW**

**FTN PROMOTIONS, INC., et al,**

    **Defendants.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Motion by Robb Evans & Associates LLC For Approval and Payment of Receiver's and Counsel's Fees and Expenses for the Initial Expense Period (Dkt. #127), Notice of Filing (Dkt. #128), Notice of Filing (Dkt. #129), and Notice of Filing (Dkt. #167). Robb Evans & Associates LLC (the "Receiver") seeks approval and authorization of Receiver's fees and expenses from the inception of the receivership through August 31, 2007 (the "Initial Expense Period"). The Court, having considered the motion, supporting affidavits and exhibits, and being otherwise advised in the premises, concludes that the Receiver's motion should be granted in part and denied in part as stated herein.

The Court will not authorize payment for express mail charges, cell phone charges, or long distance telephone calls. Accordingly, the Court deducted $188.53 from GrayRobinson, P.A.'s expense request for express mail, cell phone charges and long distances calls invoiced at Dkt. #128-4. The Court will authorize one half (½) of the fees

incurred as travel time by the Receiver's members and/or employees. The total amount of travel fees so authorized is $13,343.74 (equal to one half (½) of the $26,687.48 requested).

It is therefore ORDERED AND ADJUDGED that:

1. Motion by Robb Evans & Associates LLC For Approval and Payment of Receiver's and Counsel's Fees and Expenses for the Initial Expense Period (Dkt. #127) is **GRANTED IN PART AND DENIED IN PART** as stated herein.

2. The Court hereby authorizes payment to Robb Evans & Associates LLC, in the amount of **$181,663.71**, for fees and expenses incurred in the matter during the Initial Expense Period.

3. The Court hereby authorizes payment to the law firm of McKenna Long & Aldridge LLP, in the amount of **$32,320.63**, for fees and expenses incurred in this matter during the Initial Expense Period.

4. The Court hereby authorizes payment to the law firm of GrayRobinson, P.A., in the amount of **$42,094.40**, for fees and expenses incurred in this matter during the Initial Expense Period.

**DONE** and **ORDERED** in Tampa, Florida on December 27, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-1279 mt rec fees 127.frm