**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | ) <br> ) Civ. No. 8:07-CV-1279-T-30TGW <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| FTN PROMOTIONS, INC., a Florida corporation, dba Suntasia Inc., Suntasia Marketing, Inc., and Capital Vacations, *et al.*, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**DECLARATION AND EXHIBITS IN SUPPORT OF PLAINTIFF FEDERAL TRADE COMMISSION'S OBJECTIONS TO THE DECEMBER 21, 2007 REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE THOMAS G. WILSON**

**VOLUME I OF I**

Presented by:

s/ Todd M. Kossow
TODD M. KOSSOW
ROZINA C. BHIMANI
WILLIAM J. HODOR
Federal Trade Commission
55 West Monroe Street, Suite 1825
Chicago, Illinois  60603
(312) 960-5634 [telephone]
(312) 960-5600 [facsimile]
email:  tkossow@ftc.gov
        rbhimani@ftc.gov
        whodor@ftc.gov

## VOLUME I

### LAW ENFORCEMENT DECLARATION

Declaration of Douglas M. McKenney. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PX 68,
Investigator, Federal Trade Commission                                                   Atts. A-J

### RECORD MATERIALS

Consumer Letters Located Throughout Existing Record . . . . . . . . . . . . . . . . . . . . . . . . PX 69

Transcript of Oct. 5, 2007 Hearing Before Magistrate Judge Wilson. . . . . . . . . . . . . . . PX 70

## CERTIFICATE OF SERVICE

  I hereby certify that on January 9, 2008, I electronically filed the foregoing with Clerk of the Court by using the CM/ECF system. I further certify that, with her consent, I e-mailed the foregoing document and the notice of electronic filing to the following non-CM/ECF participant:

Linda A. Goldstein
Manatt, Phelps & Phillips
7 Times Square
New York, New York 10036
(212) 790-4544 [telephone]
(212) 790-4545 [facsimile]
lgoldstein@manatt.com

            Respectfully Submitted,

            s/ Todd M. Kossow
            TODD M. KOSSOW
            Federal Trade Commission
            55 West Monroe Street, Suite 1825
            Chicago, Illinois 60603
            (312) 960-5634 [telephone]
            (312) 960-5600 [facsimile]
            email: tkossow@ftc.gov