UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff(s),

v.                                                 Case No:  8:07-CV-1279-T-30TGW

FTN PROMOTIONS, INC., etc., et al.,

    Defendant(s).
_____/

# ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas Wilson (Dkt. #168). The Court has reviewed the Report and Recommendation and the Objections (Dkts. #171, 173, 176) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #168) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. A preliminary injunction is hereby entered which incorporates the Second Amended Plan of Operations which is made a part of this Order for all purposes, including appellate review.

3. This Order is without prejudice to any party who may seek a modification after the Receiver has had sufficient time to operate the telemarketing businesses to determine whether they can be operated legally and successfully.

4. As requested by the FTC, the Receiver is hereby granted the authority to conduct whatever consumer surveys, if any, he determines necessary to support a conclusion on whether the businesses can be operated legally and successfully. Prior to conducting such survey or surveys, the Receiver shall notify Defendants of the nature and type of survey and the projected cost thereof. If any Defendant objects to such survey, an appropriate motion opposing the survey may be filed within fifteen (15) days after receipt of notice. If such a motion is filed, the survey or surveys shall not be conducted until the motion has been ruled upon.

5. The facts in the Report and Recommendation and this Order which are referenced in Defendant Agent's Travel Network, Inc.'s Verified Objections to Report and Recommendation shall be without prejudice to those facts being corrected upon final hearing.[1]

**DONE** and **ORDERED** in Tampa, Florida on January 15, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

S:\Odd\2007\07-cv-1279.r&r adoption.wpd

---

[1] Defendant Agent's Travel Network, Inc. acknowledges this information was not brought to the attention of the Magistrate Judge.