**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                                Case No:  8:07-CV-1279-T-30TGW

FTN PROMOTIONS, INC., et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #191) and the Objections (Dkt. #209, #210) filed in opposition thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #191) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The opposition to the preliminary injunction and asset freeze asserted by Donald L. Booth, Jeffrey P. Wolf and Alfred H. Wolf (Dkts. #76, #77, #79) is REJECTED.

**DONE** and **ORDERED** in Tampa, Florida on March 26, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2007\07-cv-1279.adopt R&R 191.wpd