**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | ) Civ. No. 8:07-CV-1279-T-30TGW |
| Plaintiff, | ) |
| v. | ) |
| FTN PROMOTIONS, INC., a Florida corporation, dba Suntasia Inc., Suntasia Marketing, Inc., and Capital Vacations, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

In furtherance of this Court's Order (Dkt. #218) entered on March 26, 2008, the Court hereby makes defendants Donald L. Booth, Jeffrey P. Wolf and Alfred H. Wolf subject to the Preliminary Injunction Order (Dkt. #194) that the Court entered against the remaining defendants in the case on February 11, 2008. The definition of "Defendant" or "Defendants" in the February 11, 2008 Preliminary Injunction Order is amended to also include Donald L. Booth, Jeffrey P. Wolf and Alfred H. Wolf.

**DONE** and **ORDERED** in Tampa, Florida on March 27, 2008.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

S:\Odd\2007\07-cv-1279.supp order 218 and 194.wpd