## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**FEDERAL TRADE COMMISSION,**

   **Plaintiff,**

           **CASE NO: 8:07-CV-1279-T-30TGW**

**v.**

**FTN PROMOTIONS, INC., a Florida**
**Corporation, d/b/a Suntasia Marketing,**
**Inc., Capital Vacation,** *et al.***,**

   **Defendants.**

_____/

### ORDER GRANTING MOTION BY ROBB EVANS AND ROBB EVANS & ASSOCIATES LLC FOR APPROVAL AND PAYMENT OF RECEIVER'S AND COUNSEL'S FEES AND EXPENSES FOR THE SECOND EXPENSE PERIOD

   THIS CAUSE comes before the Court upon the Motion by Robb Evans and Robb

Evans & Associates LLC for Approval and Payment of Receiver's and Counsel's Fees and

Expenses for the Second Expense Period (Dkt. #221), together with the Declarations of

Kenton Johnson (Dkt. #223) and Gary Owen Caris (Dkt. #222) in support thereof.  Robb

Evans & Associates LLC (the "Receiver") seeks approval and authorization to disperse

payment for fees and expenses incurred from September 1, 2007 through February 29, 2008

(the "Second Expense Period") by the Receiver and its counsel in this matter.  No timely

opposition to this motion has been filed by any interested party.  The Court, having reviewed

and considered the motion, declarations filed in support thereof, and being otherwise advised

in the premises, concludes that the Receiver's motion should be granted in part and denied in part as stated herein.

The Court will not authorize payment for express mail charges, cell phone charges, long distance telephone calls, computer legal research, and unidentified miscellaneous expenses. Accordingly, the Court deducted $483.02 from GrayRobinson's P.A.'s expense request for express mail charges, cell phone charges, long distance telephone calls, computer legal research, and unidentified miscellaneous expenses invoiced at Dkt. #222-3. The Court also deducted $926.49 from McKenna Long & Aldridge LLP's expense request for express mail charges, long distance telephone calls, and computer legal research invoiced at Dkt. #222-2.

IT IS THEREFORE ORDERED AND ADJUDGED that:

1.   Motion by Robb Evans and Robb Evans & Associates LLC for Approval and Payment of Receiver's and Counsel's Fees and Expenses for the Second Expense Period (Dkt. #221) is **GRANTED IN PART AND DENIED IN PART**.

2.   The Court hereby authorizes payment to Robb Evans & Associates LLC, in the amount of **$170,167.93**, for $162,948.43 in fees and $7,219.50 expenses incurred in this matter during the Second Expense Period.

3.   The Court hereby authorizes payment to the law firm of McKenna Long & Aldridge LLP, in the amount of **$98,670.35**, for $94,472.50 in fees and $4,197.85 in expenses incurred in this matter during the Second Expense

Period.

4.      The Court hereby authorizes payment to the law firm of GrayRobinson, P.A.

in the amount of **$90,409.31**, for $82,716.50 fees and $7,692.81 in expenses

incurred in this matter during the Second Expense Period.

**DONE** and **ORDERED** in Tampa, Florida on June 17, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-1279.mt atty fees 221.wpd