UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

v.                                                   Case No. 8:07-cv-1279-T-30TGW

**FTN PROMOTIONS, INC., et al,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court on June 23, 2008, at a Status Conference relating to Defendants' Motion Opposing the Receiver's Request for a Customer Survey (Dkt. #230), FTC's Response in Opposition to Defendants' Motion Opposing the Receiver's Request for a Customer Survey (Dkt. #236), and Receiver's Opposition to Defendants' Motion Opposing the Receiver's Request for a Customer Survey (Dkt. #241). The Court, having considered the motion, response, declarations, exhibits, oral argument of the parties, and being otherwise advised in the premises, concludes that Defendants' motion should be granted as stated herein.

It appears that as of June 30, 2008, the receivership estate will be essentially out of funds and unable to continue to maintain any meaningful level of operations. After considering the arguments of all parties, the Court concludes that a customer survey does not appear to be a prudent use of receivership funds at this juncture. Instead, the Court will approve Defendants' oral proposal as follows: (1) the Court approves Defendants' request

to mail new customer packages to previous customers as well as new marketing materials to potential customer leads; (2) the Court approves the release of funds from Bryon Wolf and/or Roy Eliasson's individual frozen accounts in the aggregate amount of $250,000 for such new marketing activities; (3) the Court authorizes the Receiver to resume billing any previous customer who affirmatively consents[1] to continue membership in Defendants' program(s); (4) the Court authorizes the Receiver to bill any new customer who affirmatively consents to membership in Defendants' programs; and (5) the Court approves Defendants' request to schedule a Mediation/Settlement Conference supervised by Magistrate Judge Wilson.

It is therefore ORDERED AND ADJUDGED that Defendants' Motion Opposing the Receiver's Request for a Customer Survey (Dkt. #230) is **GRANTED** as stated herein.

**DONE** and **ORDERED** in Tampa, Florida on June 25, 2008.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-1279.mt opp survey 230.wpd

---

[1] Affirmative consent by a previous or new customer must be given to Defendants through express consent (in writing) or oral consent (by telephone, only if such conversation is recorded and supervised by the Receiver).