IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

                                    CASE NO: 8:07-CV-1279-T-30TGW

FTN PROMOTIONS, INC., a Florida
Corporation, d/b/a Suntasia Marketing, Inc.,
Capital Vacation, *et al.*,

    Defendants.
_____/

## ORDER APPROVING STIPULATION REGARDING PAYMENT OF PERSONAL PROPERTY TAXES ASSESSED BY PINELLAS COUNTY TAX COLLECTOR

The Court having reviewed and considered the Stipulation Regarding Payment of Personal Property Taxes ("Stipulation") between Robb Evans and Robb Evans & Associates LLC as Receiver for FTN Promotions, Inc., dba Suntasia Inc., Suntasia Marketing, Inc. and Capital Vacations; Guardian Marketing Services Corp. dba Guardian Escrow Service; Strategia Marketing, LLC; Co-Compliance, LLC; JFW Consultants, Inc., dba Freedom Gold, Variety!, Credit Life, and Freedom Ring ULD; Travel Agents Direct LLC dba Travel Agents Go Direct, Floridaway, Travel Life Go Direct, Florida Direct, and Lucid Long Distance; Agent's Travel Network, Inc. dba Florida Passport, Bay Pines Travel, Inc. and Suntasia Properties, Inc.; and their affiliates and subsidiaries, and Diane Nelson, CPC, in her official capacity as Pinellas County Tax Collector, and good cause appearing therefor,

IT IS ORDERED that the Stipulation is hereby approved in its entirety and the terms thereof made the Order of this Court.

Dated: 21 July 2008

                                                     JAMES S. MOODY, JR.
                                                     United States District Judge

LA:17311832.1