**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

**v.**                                                          Case No.  8:07-cv-1279-T-30TGW

**FTN PROMOTIONS, INC., et al,**

    **Defendants.**
_____/

## ORDER APPROVING STIPULATION REGARDING SALE OF YACHT HAKUNA MATATA

The Stipulation Regarding (1) Sale of Yacht Hakuna Matata; (2) Payment of Lien of Bank of America; (3) Approval of Receiver's Proposed Settlement with R. Noble Concerning Yacht Deposit; (4) Guarantors' Deficiency Payment; and (5) Related Relief ("Yacht Stipulation") (Dkt. No. 266) made by and among Robb Evans and Robb Evans & Associates LLC as Receiver for FTN Promotions, Inc., dba Suntasia Inc., Suntasia Marketing, Inc. and Capital Vacations; Guardian Marketing Services Corp. dba Guardian Escrow Service; Strategia Marketing, LLC; Co-Compliance, LLC; JFW Consultants, Inc., dba Freedom Gold, Variety!, Credit Life, and Freedom Ring ULD; Travel Agents Direct LLC dba Travel Agents Go Direct, Floridaway, Travel Life Go Direct, Florida Direct, and Lucid Long Distance; Agent's Travel Network, Inc. dba Florida Passport, Bay Pines Travel, Inc. and Suntasia Properties, Inc.; and their affiliates and subsidiaries, Bank of America, individual defendants Bryon Wolf and Roy Eliasson, and the entities known as the "Strategia Defendants" including FTN Promotions, Inc., Guardian Marketing Services Corp., Strategia Marketing, LLC, Co-Compliance, LLC, Bay Pines Travel, Inc. and Suntasia Properties, Inc. having been

filed with the Court, and the Court having reviewed the Yacht Stipulation and good cause appearing therefor,

   IT IS ORDERED that the Yacht Stipulation is hereby approved in its entirety and the terms thereof made the Order of this Court.

   **DONE** and **ORDERED** in Tampa, Florida on August 27, 2008.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**

Counsel/Parties of Record

S:\Odd\2007\07-cv-1279.mt approv stip 266.wpd