UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

CASE #8:07-cv-1279-T-30TGW

v.

FTN PROMOTIONS, INC., et al.,

    Defendants.
_____/

**STIPULATED ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT AGENT'S TRAVEL NETWORK INC.**

Plaintiff, the Federal Trade Commission ("FTC"), and Defendant Agent's Travel Network Inc. ("ATN"), having been represented by counsel, and acting by and through said counsel, agree to entry of this Stipulated Order for Voluntary Dismissal of Defendant Agent's Travel Network Inc. ("Order).

**NOW THEREFORE**, the Plaintiff and Defendant ATN, having requested the Court to enter this Order, and the Court having considered the Order reached between the parties, **IT IS HEREBY ORDERED,** as follows:

1. The Joint Motion of Plaintiff Federal Trade Commission and Defendant Agent's Travel Network Inc. For Entry of Stipulated Order for Voluntary Dismissal of Defendant Agent's Travel Network Inc. (Dkt. #278) is **GRANTED**.

2. Defendant ATN is voluntarily dismissed, without prejudice, as a defendant in this action;

3. The receivership imposed over ATN by this Court's Preliminary Injunction Order (Dkt. #194) is hereby terminated.

4. Plaintiff FTC and Defendant ATN shall each bear their own costs and attorneys' fees incurred in this action.

**DONE** and **ORDERED** in Tampa, Florida on December 30, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-1279.Stip Voluntary Dimissal 278.frm