**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**FEDERAL TRADE COMMISSION,**

      **Plaintiff,**

v.

**CASE NO: 8:07-CV-1279-T-30TGW**

**FTN PROMOTIONS, INC., a Florida
Corporation, d/b/a Suntasia Marketing,
Inc., Capital Vacation, *et al.*,**

      **Defendants.**

_____/

**ORDER ON MOTION BY ROBB EVANS AND ROBB EVANS & ASSOCIATES
LLC FOR APPROVAL AND PAYMENT OF RECEIVER'S AND COUNSEL'S
FEES AND EXPENSES FOR THE THIRD EXPENSE PERIOD**

THIS CAUSE comes before the Court upon the Motion by Robb Evans and Robb Evans & Associates LLC for Approval and Payment of Receiver's and Counsel's Fees and Expenses for the Third Expense Period (Dkt. #273), together with the Declarations of Kenton Johnson (Dkt. #275) and Gary Owen Caris (Dkt. #274) in support thereof. Robb Evans & Associates LLC (the "Receiver") seeks approval and authorization to disperse payment for fees and expenses incurred from March 1, 2008 through September 30, 2008[1] (the "Third Expense Period") by the Receiver and its counsel in this matter. No timely opposition to this motion has been filed by any interested party. The Court, having reviewed and considered

---

[1] The Receiver also seeks approval and payment of fees and costs totaling $3,889.96 incurred by GrayRobinson during the month of January 2008, which were inadvertently omitted from the request for approval and payment for the Second Expense Period fee motion.

the motion, declarations filed in support thereof, and being otherwise advised in the premises, concludes that the Receiver's motion should be granted in part and denied in part as stated herein.

The Court will not authorize payment for express mail charges, cell phone charges, long distance telephone calls, computer legal research, and unidentified miscellaneous expenses. Accordingly, the Court deducted $516.19 from GrayRobinson's P.A.'s expense request for express mail charges, cell phone charges, and computer legal research invoiced at Dkt. #274. The Court also deducted $1,204.68 from McKenna Long & Aldridge LLP's expense request for express mail/delivery charges, long distance telephone calls, computer legal research and other miscellaneous charges invoiced at Dkt. #274.

IT IS THEREFORE ORDERED AND ADJUDGED that:

1. Motion by Robb Evans and Robb Evans & Associates LLC for Approval and Payment of Receiver's and Counsel's Fees and Expenses for the Second Expense Period (Dkt. #273) is **GRANTED IN PART AND DENIED IN PART**.

2. The Court hereby authorizes payment to Robb Evans & Associates LLC, in the total amount of **$150,626.84**, consisting of $56,092.80 in Receiver's fees, $20,485.50 in Accounting fees, $11,597.20 in IT Management fees, $53,742.00 in On-site Staff Fees, and $8,709.34 in expenses incurred in this matter during the Third Expense Period.

3. The Court hereby authorizes payment to the law firm of McKenna Long & Aldridge LLP, in the amount of **$115,404.00**, for $115,103.50 in fees and $300.50 in expenses incurred in this matter during the Third Expense Period.

4. The Court hereby authorizes payment to the law firm of GrayRobinson, P.A. in the amount of **$21,186.07**, for $16,147.00 fees and $5,039.07 in expenses incurred in this matter during the Third Expense Period.

**DONE** and **ORDERED** in Tampa, Florida on December 30, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-1279.mt atty fees 273.wpd