**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                  Case No.  8:07-cv-1279-T-30TGW

FTN PROMOTIONS, INC., et al,

    Defendants.
_____/

## **ORDER**

    Judgments or Dismissals have been entered herein as to all Defendants.  Therefore, the Clerk is directed to terminate any pending motions and **CLOSE** this case.

    **DONE** and **ORDERED** in Tampa, Florida on January 5, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2007\07-cv-1279.Order of Dismissal.frm