UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                        Case No: 8:07-cv-1279-T-30TGW

FTN PROMOTIONS, INC., et al.,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff's Motion in Limine to Pre-Admit Consumer Complaints and Declarations into Evidence for Upcoming Civil Contempt Hearing (Dkt. #329), Defendants' Response in opposition thereto (Dkt. #339), and Plaintiff's Reply (Dkt. #344). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Plaintiff's Motion in Limine to Pre-Admit Consumer Complaints and Declarations into Evidence for Upcoming Civil Contempt Hearing (Dkt. #329) is GRANTED.

2. The complaints will be admitted for the purposes of showing notice to the Defendants of the problems complained of and the confusion caused to the customers, but

will not be received for the truth of the matters asserted. The responses of the Defendants will be admitted into evidence as admissions by a party.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of September, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1279 limine 329.docx

2